IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HARRY STARK, )
)
Plaintiff, )
)
v. ) No. 05 C 6987
)
ABEX CORPORATION, et al., )
)
Defendants. )

## MEMORANDUM ORDER

Within a day or two after receiving the Complaint in this action, this Court--following its invariable practice of reviewing all pleadings immediately on receipt--noted that the presence of National Electrical Manufacturers Association ("Association") among the nearly 40 defendants was almost certain to destroy the total diversity of citizenship required for federal jurisdiction. Its December 13, 2005 memorandum order therefore called for appropriate action on the part of plaintiff's counsel in that respect, and when no such action was forthcoming this Court followed the directive of our Court of Appeals by dismissing the action for lack of subject matter jurisdiction. That dismissal managed to catch the attention of plaintiff's counsel, and after one nonresponsive "response" such counsel resolved the jurisdictional problem by filing an Amended Complaint that dropped Association as a defendant.

Surprisingly, then, yesterday's deliveries to this Court's chambers included an Answer by Association together with

appearance forms by two of its counsel. Although the significance of "striking" from the court file any pleading that has been electronically filed may be somewhat questionable, the appropriate judicial response continues to be one of striking such meaningless documents, and this Court so orders. That obviates any need to address the respects in which Association's Answer violates certain fundamentals of federal pleading and a local rule of this District Court.

                                              _____
                                              Milton I. Shadur
                                              Senior United States District Judge

Date: March 31, 2006

2